# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147223 & (19)(20)(21)(22)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID KENDALE LAMB,
     Defendant-Appellant.

SC: 147223
COA: 314585
Wayne CC: 99-003949-FC

_____/

     On order of the Court, the application for leave to appeal the May 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand for various evidentiary hearings are all DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

h0923